IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-469-CV





FLOYD MARTINE,



 APPELLANT


vs.





CITY OF AUSTIN,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT



NO. 459,991A, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING



 





PER CURIAM



 The parties have filed an agreed motion to dismiss this appeal. The motion is
granted. Tex. R. App. P. 59(a).

 The appeal is dismissed.


Before Justice Powers, Jones and Kidd

Dismissed on Agreed Motion

Filed: September 22, 1993

Do Not Publish